Marianne Dugan, OSB # 93256
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Tel: (541) 338-7072
Fax: (866) 650-5213
Email: mdugan@mdugan.com

Sean Malone, OSB # 084060
Attorney at Law
624 W. 24th Ave
Eugene, OR 97405
Tel: (303) 859-0403
Email: seanmalone8@hotmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ERIC NAVICKAS and JAY LININGER,<br><br>　　　　　Plaintiffs<br><br>　vs.<br><br>SCOTT CONROY, in his official capacity as Forest Supervisor of the Rogue River-Siskiyou National Forest; and UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants. | Case No. 1:10-cv-03004-CL<br><br>**PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD**<br><br>Expedited Consideration Requested |

Plaintiffs Eric Navickas and Jay Lininger respectfully move this court to complete the administrative record by ordering Defendants to include certain documents that were properly before the agency prior to its decision in the Ashland Forest Resiliency Project.

1 – PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD

Plaintiffs rely on their Memorandum in Support of Plaintiffs' Motion to Complete the

Administrative Record.

Respectfully submitted September 3, 2010.

/s/ Sean Malone
Sean Malone, OSB # 084060
624 W. 24th Ave
Eugene, OR 97405
(303) 859-0403

/s/ Marianne Dugan
Marianne Dugan, OSB # 93256
295 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on September 3, 2010, Plaintiffs filed through the United States District Court ECF System the foregoing Motion to Complete the Administrative Record to be served by CM/ECF electronic filing on the following attorneys of record:

Marianne G. Dugan
mdugan@mdugan.com

Sean E. Martin
sean.martin@usdoj.gov

/s/ Sean T. Malone
Sean T. Malone
*Attorney for Plaintiffs*